CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 4 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **FREDERICK H. PATTERSON,** | ) | **CASE NO. 7:12CV00299** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **vs.** | ) | |
| | ) | |
| **MIDDLE RIVER REGIONAL JAIL,** | ) | **By: Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for

failure to state a claim, and the action is stricken from the active docket of the court.

**ENTER:** This 4th day of SEPTEMBER, 2012.

_____
Chief United States District Judge