CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 04 2012

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **FREDERICK H. PATTERSON,** | ) | **CASE NO. 7:12CV00299** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **vs.** | ) | |
| | ) | |
| **MIDDLE RIVER REGIONAL JAIL,** | ) | **By: Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and the action is stricken from the active docket of the court.

**ENTER**: This 4th day of September, 2012.

[signature]
Chief United States District Judge